AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware ☑

|  |  |
|---|---|
| Keith Fishlock<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Global Plasma Solutions Inc.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  23-cv-522-RGA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Global Plasma Solutions Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date:       05/15/2023       _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Global Plasma Solutions

was received by me on *(date)*         05/16/2023          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)*    05/16/2023    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    Nadia Bellamy                              , who is

designated by law to accept service of process on behalf of *(name of organization)*    Corporation Trust Company

1209 Orange Street, Wilmington DE 19801        on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/16/2023

_____
*Server's signature*

Eric McLaughlin/Legal Courier
*Printed name and title*

DLS Discovery
824 Market Street, Suite 108
Wilmington DE 19801
*Server's address*

Additional information regarding attempted service, etc: