IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH FISHLOCK, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>GLOBAL PLASMA SOLUTIONS, INC.,<br><br>                Defendant. | Case No. 23-522-RGA |

## DEFENDANT GLOBAL PLASMA SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Global Plasma Solutions, Inc. ("GPS") respectfully moves to dismiss Plaintiff Keith Fishlock's Class Action Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

The grounds for this motion are set forth further in GPS's Opening Brief in Support of its Motion to Dismiss Plaintiff's Class Action Complaint, which is being filed contemporaneously herewith.

Dated: June 6, 2023

| | |
|---|---|
| OF COUNSEL<br><br>MCGUIREWOODS LLP<br><br>Robert A. Muckenfuss<br>Fifth Third Center<br>201 North Tryon Street<br>Suite 3000<br>Charlotte, North Carolina  28202<br>(704) 343-2052<br>rmuckenfuss@mcguirewoods.com<br><br>R. Trent Taylor<br>S. Virginia Bondurant Price | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Tammy L. Mercer (No. 4957)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6642<br>apoff@ycst.com<br>tmercer@ycst.com<br>swilson@ycst.com |

Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1000
rtaylor@mcguirewoods.com
vbondurantprice@mcguirewoods.com

*Counsel for Global Plasma Solutions Inc.*