IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH FISHLOCK, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>GLOBAL PLASMA SOLUTIONS INC.,<br><br>        Defendant. | C.A. No. 23-522-RGA |

## [PROPOSED] ORDER

Having considered Defendant Global Plasma Solutions Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint (the "Motion") and any papers in support of and in opposition to the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated: _____

_____
The Honorable Richard G. Andrews

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Dennis C. Reich
REICH & BINSTOCK LLP
4265 San Felipe, Suite 1000
Houston, TX 77024
dreich@reichandbinstock.com

THE MILLS LAW FIRM
Michael A. Mills, Esq.
8811 Gaylord Drive
Suite 200
Houston, TX 77024
mickey@millsmediation.com

THE KEETON FIRM LLC
Steffan T. Keeton, Esq.
100 S Commons, Ste. 102
Pittsburgh, PA 15212
stkeeton@keetonfirm.com

*Attorneys for Plaintiff Keith Fishlock*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Tammy L. Mercer (No. 4957)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6642
apoff@ycst.com
tmercer@ycst.com
swilson@ycst.com

*Attorneys for Global Plasma Solutions Inc.*