IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH FISHLOCK, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>GLOBAL PLASMA SOLUTIONS INC.,<br><br>   Defendant. | C.A. No. 23-522-RGA |

### DEFENDANT GLOBAL PLASMA SOLUTIONS INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Global Plasma Solutions Inc., by and through its undersigned counsel, hereby discloses the following parent corporation owning 10% or more of its stock:

AirClean Holdings, Inc. is a parent company of Global Plasma Solutions Inc.

Dated: June 6, 2023

             YOUNG CONAWAY STARGATT
             & TAYLOR, LLP

             /s/ *Adam W. Poff*
             Adam W. Poff (No. 3990)
             Tammy L. Mercer (No. 4957)
             Samantha G. Wilson (No. 5816)
             Rodney Square
             1000 North King Street
             Wilmington, DE 19801
             (302) 571-6642
             apoff@ycst.com
             tmercer@ycst.com
             swilson@ycst.com

             *Attorneys for Defendant*
             *Global Plasma Solutions Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Dennis C. Reich
REICH & BINSTOCK LLP
4265 San Felipe, Suite 1000
Houston, TX 77024
dreich@reichandbinstock.com

THE MILLS LAW FIRM
Michael A. Mills, Esq.
8811 Gaylord Drive
Suite 200
Houston, TX 77024
mickey@millsmediation.com

THE KEETON FIRM LLC
Steffan T. Keeton, Esq.
100 S Commons, Ste. 102
Pittsburgh, PA 15212
stkeeton@keetonfirm.com

*Attorneys for Plaintiff Keith Fishlock*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/Adam W. Poff
Adam W. Poff (No. 3990)
Tammy L. Mercer (No. 4957)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6642
apoff@ycst.com
tmercer@ycst.com
swilson@ycst.com

*Attorneys for Global Plasma Solutions Inc.*