

September 7, 2023

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325; Unit 9
Wilmington, DE 19801-3555

    RE:    *Fishlock v. Global Plasma Solutions Inc.*
                **C.A. No. 23-cv-522-RGA**

Dear Judge Andrews,

    The parties write to notify the Court that this action is related to a pending action, *Garner v. Global Plasma Solutions Inc.*, C.A. No. 21-cv-665-SB, and a previous action, *Fishlock v. Global Plasma Solutions Inc.*, C.A. No. 22-cv-1566-SB, both assigned to Judge Bibas. The parties take no position on the current assignments, but wanted to bring this issue to the Court's attention given its policies and procedures.

    Counsel for the parties are available at the Court's convenience should Your Honor have any questions.

    Respectfully submitted,

    /s/ Michael J. Farnan

    Michael J. Farnan

cc: Counsel of Record (Via E-Filing)