IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEITH FISHLOCK, on behalf of himself and all others similarly situated,

    *Plaintiff*,

v.

GLOBAL PLASMA SOLUTIONS INC.,

    *Defendant*.

No. 23-cv-00522

### Order

For the reasons given in the accompanying opinion,

1. I **GRANT IN PART AND DENY IN PART** Defendant's motion to dismiss for failure to state a claim (D.I. 10). Plaintiff's claims for fraudulent misrepresentation, violations of state consumer-protection statutes (including the DCFA), and breach of implied warranty of merchantability may move forward. But I dismiss the remaining claims in Plaintiff's First Amended Complaint (D.I. 9).

Dated: March 18, 2024

_____
UNITED STATES CIRCUIT JUDGE