IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH FISHLOCK, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL PLASMA SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 23-522-SB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 4, 2024, the following were served on the counsel listed below in the manner indicated:

1) Defendant Global Plasma Solutions, Inc.'s Rule 26(a)(1)(A) Initial Disclosures

2) Defendant Global Plasma Solutions Inc.'s First Set of Interrogatories to Plaintiff

3) Defendant Global Plasma Solutions, Inc.'s First Requests for Production

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Keith Fishlock*

Dennis C. Reich
REICH & BINSTOCK LLP
4265 San Felipe, Suite 1000
Houston, TX 77024
dreich@reichandbinstock.com

Michael A. Mills, Esq.
THE MILLS LAW FIRM
1001 McKinney Suite 804
Houston, TX 77022
mickey@millsmediation.com

Steffan T. Keeton, Esq.
THE KEETON FIRM LLC
100 S Commons, Ste. 102
Pittsburgh, PA 15212
stkeeton@keetonfirm.com

PLEASE TAKE FURTHER NOTICE that on November 4, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| OF COUNSEL<br><br>MCGUIREWOODS LLP<br><br>Robert A. Muckenfuss<br>Kelly A. Warlich<br>Fifth Third Center<br>201 North Tryon Street<br>Suite 3000<br>Charlotte, North Carolina  28202<br>(704) 343-2052<br>rmuckenfuss@mcguirewoods.com<br>kwarlich@mcguirewoods.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Samantha G. Wilson*<br>Adam W. Poff (No. 3990)<br>Tammy L. Mercer (No. 4957)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6642<br>apoff@ycst.com<br>tmercer@ycst.com<br>swilson@ycst.com<br><br>*Counsel for Global Plasma Solutions Inc.* |

2