

January 7, 2025

**VIA E-FILING**
The Honorable Stephanos Bibas
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

    **RE:**    ***Fishlock v. Global Plasma Solutions Inc.***
                  **C.A. No. 23-cv-522-SB**

Dear Judge Bibas,

        Plaintiff in the above-referenced matter writes to request the scheduling of a discovery teleconference. The following attorneys, Dennis C. Reich and Michael Farnan (Plaintiff) and Kelly Warlich, Robert Muckenfuss, Adam Poff, and Samantha Wilson (Defendant), participated in a verbal meet-and- confer on December 20, 2024. The dispute requiring judicial attention is listed below:

        Whether Plaintiff's experts may rely on an additional published article in support of their opinions.

                                          Respectfully submitted,

                                          /s/ Michael J. Farnan

                                          Michael J. Farnan

cc: Counsel of Record (Via E-Filing)