IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH FISHLOCK, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>GLOBAL PLASMA SOLUTIONS, INC.,<br><br>      Defendant. | C.A. No. 23-522-SB |

## JOINT INTERIM STATUS REPORT

Pursuant to Paragraph 10 of the Court's Scheduling Order (D.I. 43), Defendant Global Plasma Solutions, Inc. ("GPS") and Plaintiff Keith Fishlock ("Plaintiff") hereby submit this Joint Interim Status Report to provide the Court with a summary of the nature of the matters in issue and the progress of discovery to date.

On November 4, 2024, the Parties exchanged Initial Disclosures. D.I. 44, 45. Also on November 4, 2024, GPS served Plaintiff with its First Requests for Production and First Set of Interrogatories, to which Plaintiff objected and responded on December 4, 2024 and December 5, 2024, respectively. D.I. 45, 51, 52.

On November 12, 2024, the Parties submitted a Joint Stipulation and proposed Protective Order, which the Court entered on November 13, 2024. D.I. 46, 47.

On November 27, 2024 and December 2, 2024, the Parties exchanged their respective Default Paragraph 3 Disclosures. D.I. 48, 49.

On December 13, 2024, GPS issued a subpoena for documents to R. Brooks Mechanical, Inc, and received a response on December 23, 2024.

On December 19, 2024, Plaintiff served GPS with his first sets of Interrogatories and Requests for Production ("Plaintiff's Requests"). D.I. 53.

It is GPS's position that Plaintiff's Requests are largely duplicative of the Requests propounded on GPS in *Garner v. Global Plasma Solutions, Inc.*, C.A. No. 21-665-SB (the "*Garner* Litigation") in violation of the Scheduling Order. *See* D.I. 43 ¶ 3(b) (prohibiting discovery requests duplicative of those served in the Garner Litigation). Likewise, it is GPS's position that Plaintiff's Requests are improper for the additional reason that they seek additional expert discovery, which was also prohibited by the Scheduling Order. *Id.* GPS timely responded and objected to Plaintiff's Requests on January 21, 2024.

Plaintiff Fishlock does not believe that it has sought duplicative discovery that was already produced in Garner, but to the extent that any discovery request is in fact duplicative of Garner discovery, plaintiff seeks supplementation of that discovery based on passage of time since discovery had been initiated in Garner. Plaintiff intends to compel discovery documents responsive to Plaintiff Fishlock's request for production numbers 12-15.

On January 7, 2024, Plaintiff submitted a letter to the Court requesting a discovery teleconference seeking to supplement expert reports proffered in the *Garner* Litigation ("Plaintiff's Discovery Letter") with an article that was published on October 22, 2024. D.I. 54, 55. On January 10, 2024, GPS responded to Plaintiff's Discovery Letter opposing the request therein (D.I. 59), as it is GPS's position that the Scheduling Order does not provide for additional or ongoing expert discovery. D.I. 43 ¶ 3(b). A discovery teleconference has not yet been set.

GPS deposed Plaintiff on January 21, 2024, and subsequently re-requested an inspection of the GPS device installed in Plaintiff's home, to which Plaintiff agreed to on the record. The Parties are working on a protocol to govern the inspection.

The discovery deadline is February 24, 2024.

Should the Court have any questions or require anything further, the Parties are available to discuss at the Court's convenience.

Dated: January 24, 2025

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Michael J. Farnan* | */s/ Adam W. Poff* |
| Brian E. Farnan (Bar No. 4089) | Adam W. Poff (No. 3990) |
| Michael J. Farnan (Bar No. 5165) | Tammy L. Mercer (No. 4957) |
| 919 N. Market St., 12th Floor | Samantha G. Wilson (No. 5816) |
| Wilmington, DE 19801 | Rodney Square |
| Phone: (302) 777-0300 | 1000 North King Street |
| Fax: (302) 777-0301 | Wilmington, Delaware 19801 |
| bfarnan@farnanlaw.com | (302) 571-6600 |
| mfarnan@farnanlaw.com | apoff@ycst.com |
| | tmercer@ycst.com |
| OF COUNSEL: | swilson@ycst.com |
| REICH & BINSTOCK LLP | OF COUNSEL |
| Dennis C. Reich, Esq. | |
| 4265 San Felipe, Suite 1000 | MCGUIREWOODS LLP |
| Houston, TX 77024 | Robert A. Muckenfuss (admitted *pro hac vice*) |
| Phone: (713) 622-7271 | Kelly A. Warlich (admitted *pro hac vice*) |
| Fax: (713) 623-8724 | Fifth Third Center |
| dreich@reichandbinstock.com | 201 North Tryon Street, Suite 3000 |
| | Charlotte, North Carolina 28202 |
| THE MILLS LAW FIRM | (704) 343-2052 |
| Michael A. Mills, Esq. | rmuckenfuss@mcguirewoods.com |
| 8811 Gaylord Drive | kwarlich@mcguirewoods.com |
| Suite 200 | |
| Houston, TX 77024 | Addison E. Fontein (admitted *pro hac vice*) |
| Phone: (832) 548-4414 | 2601 Olive Street, Suite 2100 |
| Fax: (832) 327-7443 | Dallas, Texas 75201 |
| mickey@millsmediation.com | (214) 932-6436 |
| | afontein@mcguirewoods.com |
| THE KEETON FIRM LLC | |
| Steffan T. Keeton, Esq. | *Attorneys for Global Plasma Solutions, Inc.* |
| 100 S Commons, Ste. 102 | |
| Pittsburgh, PA 15212 | |
| 1-888-412-5291 | |
| stkeeton@keetonfirm.com | |

*Attorneys for Plaintiff and the Classes*