

April 18, 2025

**VIA E-FILING**

The Honorable Stephanos Bibas
18614 U.S. Courthouse                    **FILED UNDER SEAL**
601 Market Street
Philadelphia, PA  19106

RE:    ***Fishlock v. Global Plasma Solutions Inc.***
       <u>**C.A. No. 23-cv-522-SB**</u>**: Supplemented Briefing**

Dear Judge Bibas,

On April 14, 2025, GPS provided the depositions of Keith Garris (Exhibit A), Kevin Boyle, and Glenn Brinckman. The evidence presented in these depositions support denying Defendant's Motion for Summary Judgment and granting Plaintiff's Motion for Class Certification.

Keith Garris provides insight into ████████████████████████. He was not only one of GPS' ████████████, but also, he █████████████████████████████████████████████. Exhibit A, at 58:16-20. In his full-day deposition of approximately seven hours, Garris ████████████ with Dr. Marwa Zaatari.[1] The only document showing any ███████ ██████████████████████████████████████████████████████████████ ███████[2] On one side there is twelve hours of statements over multiple days, on the other side there are twelve paragraphs hastily ██████████████████████████████. Unsurprisingly, under the thorough exam, ████████ ██████████████████████████████, and the truth was present in his testimony.

<u>Motion for Summary Judgment</u>

The depositions support denying the motion for summary judgment on all grounds.

The depositions highlight ███████████████████████████████████████████████ ██████████. For example, in the ███████████████████████████ █████████████████████████████████████████. Specifically, Garris ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████. *Id.* at 64:6-66:13. Moreover, this ████████████████████████████████████ ██████████████████████████████████████████. *Id.* at 60-63. ███████████████████████████████████████████████ ███████████████████████████████████. *Id.* at 68-69; 77-78.

---

[1] ██████████████████████████████████████████████████████████.
[2] Exhibit A, 131:11-133:19 (██████████████████████████████████████████).

Despite ████████████████████████████████████████ . *Id.* at 85-87; 100:2-100:22. In part, ████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████
████████████████████████████████████████. *Id.* at 88-89.

████████████████████████████. *Id.* at 103:15-107:10. When

████████. *Id.* at 210-11. At this time, ████████████████████████████. *Id.* at 212:1-22. Simply put, ████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████.

Additionally, the depositions show that

████████████. *Id.* at 95:1-97:13. ████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████. *Id.* at 205:1-207:3; 225:10-226:4. To reach
████████████████. *Id.* at 230:18-231:1.

<u>Motion for Class Certification</u>
The depositions support class certification because they show that ████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████.
*Id.* at 161:7-169:22; 177:9-178:4; 207:22-208:3. All
████████████. *Id.* at 187:9-189:19. Regardless of ████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████ *Id.* at 199-200.

GPS knew ████████████████████████████████████████████████████
████████████████████████████ *Id.* at 191:5-196:20. GPS 
████████████████████████████. *Id.* at 102:19-103:9. ████████████
████████████████████████████████ *Id.* at 189:20-191:14.

The depositions support class certification because ████████████████████
████████████████████████████████████████████.

2

████████████████████████████████████

████████████████████████████████████████████████████████████

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc: Counsel of Record (Via E-Mail)