

May 5, 2025

**VIA E-FILING**
The Honorable Stephanos Bibas
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

    RE:    *Fishlock v. Global Plasma Solutions Inc.*
                <u>C.A. No. 23-cv-522-SB</u>

Dear Judge Bibas,

    Pursuant to the Court's Order (D.I. 102), enclosed please find the parties' proposed Scheduling Order ("Order").  The parties were unable to reach agreement on paragraphs 3, 4, 5, 17, and 18 of the Order.

    We are available at the Court's convenience should Your Honor have any questions.

    Respectfully submitted,

    /s/ Michael J. Farnan

    Michael J. Farnan

cc: Counsel of Record (Via E-Filing)