

1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Mailing Address:
P.O. Box 1380
Wilmington, DE 19899-1380

Kevin S. Mann*
kmann@crosslaw.com
(302) 777-4200, ext. 105
* admitted in Delaware and New Jersey

October 20, 2025

**BY FEDEX AND ELECTRONIC FILING**
The Honorable Stephanos Bibas
Third Circuit Court of Appeals
601 Market Street
Philadelphia, PA, 19106

   Re:  *Fishlock v. Global Plasma Solutions Inc.*
      D. Del. Case No. 23-cv-0522-SB

Dear Judge Bibas,

  I write on behalf of Plaintiff Keith Fishlock to request a status conference at the convenience of the Court.

  We are in receipt of the Court's Memorandum Opinion of September 23, 2025 [Docket No. 107] regarding class certification and believe that limited discovery relating to the identity of purchasers and serial numbers of Global Plasma Solution Inc's Needle Point Bipolar Ionization Products sold during the proposed class period in Delaware. This information is necessary in order to give notice to the potential class members pursuant to the Court's Memorandum Opinion. However, we have not been able to reach agreement with Global Plasma Solutions Inc. regarding the availability and scope of discovery.

Further, as the Court has removed the trial dates from the calendar, we will need to discuss new trial dates and related deadlines. The parties previously filed competing revised scheduling orders [Docket No. 105], but the deadlines proposed therein are now stale.

Counsel is available for a status conference at the convenience of the Court or if the Court has any questions.

Respectfully submitted,

/s/ Kevin S. Mann

Kevin S. Mann (No. 4576)

cc: Adam W. Poff, Esq.
Tammy L. Mercer, Esq.
Samantha G. Wilson, Esq.
Robert A. Muckenfuss, Esq.
Kelly A. Warlich , Esq.
Hannah K. Caison, Esq.
Addison E. Fontein, Esq.
Dennis C. Reich, Esq.
Michael A. Mills, Esq.
Steffan T. Keeton, Esq.
File Copy